PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Guzman  
Cr.: 11-0001-001  
PACTS #: 37620

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: May 15, 2012

Original Offense: Violation No. 2: Alcohol/Drug Testing Treatment

Original Sentence: Six months custody; One year supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 10/24/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states, 'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.' |
|   | During an office visit on November 19, 2011, the offender tested positive for cocaine via a 10-panel instant drug test. Although results returned from the national laboratory were negative for cocaine, the offender did verbally admit to having used cocaine on or about November 8, 2011. |

U.S. Probation Officer Action:

The Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. The offender commenced outpatient drug treatment counseling at Jersey City Medical Center on November 20, 2011, and attends weekly group and individual therapy. Our office will continue to monitor the offender and take frequent urinalysis. We will advise the Court immediately if the offender continues any further drug use or has any other form of noncompliance.

Respectfully submitted,

Gisella M. Bassolino
2012.12.04
14:05:22 -05'00'

By: Gisella M. Bassolino  
U.S. Probation Officer  
Date: 12/04/12

Carolee Ann Azzarello
2012.12.04
14:50:44 -05'00'

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

December 5, 2012
Date